I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/17/2011

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE IRELAND-SNEDKER,<br><br>　　　　Plaintiff,<br>　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 10-3431 RNB<br><br>ORDER TO SHOW CAUSE |

In its January 13, 2011 Minute Order, the Court ordered plaintiff to serve and file her motion for judgment on the pleadings within 28 days of the service date of the Minute Order.

More than 28 days from the service of the Minute Order now has elapsed, and plaintiff still has not filed her motion for judgment on the pleadings.

Accordingly, on or before March 11, 2011, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file her motion for judgment on the pleadings, and why this action should not be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (b) serve and file her motion for judgment on the pleadings in accordance with the format specified in the January 13, 2011 Minute Order.

//

1

1  Plaintiff is forewarned that, if she fails to do either, the Court will deem such
2  failure a further violation of a Court order justifying dismissal and also deem such
3  failure as further evidence of a lack of prosecution on plaintiff's part.

5  DATED:    February 17, 2011

   ROBERT N. BLOCK
   UNITED STATES MAGISTRATE JUDGE