I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ PLAINTIFF ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-22-11

DEPUTY CLERK

JS - 6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE IRELAND-SNEDKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 10-3431 RNB<br><br>**JUDGMENT** |

In accordance with the Order Re Dismissal of Action for Failure to Prosecute filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 21, 2011

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE